```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 02415
   JEFFERY ROBINSON
   KRISTEN ROBINSON                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-5831     SSN XXX-XX-0559
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/07 and confirmed on 04/16/07.

2. The case was dismissed after confirmation, 10/18/2007.

3. The Debtor paid a total of $ 5952.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | SECURED | .00 | .00 | .00 |
| NEW CENTURY MORTGAGE | MORTGAGE ARRE | 5314.48 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | .00 | .00 | .00 |
| US BANK | SECURED VEHIC | 6410.88 | 135.65 | 670.70 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 23529.82 | 719.74 | 1967.75 |
| VALENTINE KEBARTAS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 997.79 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2932.16 | .00 | .00 |
| B REAL LLC | UNSECURED | 11022.33 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4188.87 | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| GARY JOHNSON DDS | UNSECURED | 900.00 | .00 | .00 |
| ELAN FINANCIAL SVCS | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 252.20 | .00 | .00 |
| CENESIS | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 768.63 | .00 | .00 |
| REVENUE PRODUCTION MANAG | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 13636.27 | .00 | .00 |

```
SOUND & SPIRIT              UNSECURED       NOT FILED            .00          .00
T MOBILE USA                UNSECURED          844.82            .00          .00
TRANS WORLD SYSTEMS         UNSECURED       NOT FILED            .00          .00
WASHINGTON MUTUAL BANK      UNSECURED       NOT FILED            .00          .00
US BANK                     UNSECURED          498.74            .00          .00
T MOBILE USA                UNSECURED          180.65            .00          .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  35255.18         .00      36222.46          .00     71477.64
PRINCIPAL PAID       2638.45         .00           .00          .00      2638.45
INTEREST PAID         855.39         .00           .00          .00       855.39
TOTAL PAID           3493.84         .00           .00          .00      3493.84
```

The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   5000.00
and was paid $   1000.00   direct and $   2269.49   through the plan.

The Trustee received $     188.67 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 10/14/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


                              PAGE   2
         CASE NO. 07 B 02415 JEFFERY ROBINSON & KRISTEN ROBINSON